# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

TANIUSKA LOPEZ-MOLINA,

          Petitioner,

   v.

FERETI SEMAIA, et al.,

          Respondents.

CASE NO. 5:26-cv-3590-SK

**ORDER GRANTING UNOPPOSED HABEAS PETITION**

      Petitioner Taniuska Lopez-Molina is a native and citizen of Nicaragua detained by Immigration and Customs Enforcement (ICE) at the Adelanto ICE Processing Center pending her asylum claim.  (ECF 1 at 11).  On April 19, 2022, petitioner entered the United States near Hildalgo, Texas where she encountered U.S. Border Patrol who then detained her for processing.  (*Id*. at 13).  Later that day, ICE granted petitioner humanitarian parole pursuant to Section 212(d)(5) of the Immigration and Nationality Act and allowed her to enter the U.S subject to reporting requirements.  (*Id*. at 13, 34).  In the four years since, petitioner has complied with her parole conditions—including attending all appointments with ICE—and worked pursuant to a valid permit.  (*Id*. at 36).  Yet on April 21, 2026, she was arrested and detained by ICE at her scheduled check-in without credible explanation or an immediate bond hearing.  (*Id*. at 1).  As a result, petitioner seeks release from ICE custody under 28 U.S.C. § 2241.  (*Id*. at 29-32; ECF 9).  For their part, respondents "are not presenting an opposition argument at this time."  (ECF 8 at 2).

      The Court thus construes the § 2241 petition as unopposed.  So

construed, the petition is GRANTED.  Petitioner Taniuska Lopez-Molina (A# 240-747-907) is ordered released from ICE custody immediately on the terms of her original parole.  Respondents are also ordered to return petitioner's belongings, including her passport, personal identification documents, work permit, and social security card.  Judgment will be entered accordingly.

   IT IS SO ORDERED.

DATED: July 7, 2026

HON. STEVE KIM
United States Magistrate Judge

2