JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| TANIUSKA LOPEZ-MOLINA,<br><br>      Petitioner,<br><br>  v.<br><br><br>FERETI SEMAIA, et al.,<br><br>      Respondents. | Case No. 5:26-cv-3590-SK<br><br>**JUDGMENT** |

   Pursuant to the Order Granting Unopposed Habeas Petition, **IT IS ADJUDGED** that the petition under 28 U.S.C. § 2241 is granted and that petitioner Taniuska Lopez-Molina (A# 240-747-907) is to be released from the custody of Immigration and Customs Enforcement immediately on the terms of her original parole.  Respondents are also ordered to return petitioner's belongings, including her passport, personal identification documents, work permit, and social security card.

   The Clerk is instructed to close this case.


DATED: July 7, 2026

                _____
                HON. STEVE KIM
                United States Magistrate Judge